# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: § | | Case No: 14-51709-cag |
| § | | |
| Brett Douglas Walker § | | Chapter 7 |
| Kristy Ann Walker § | | |
| § | | |
| Debtors § | | Judge Craig A. Gargotta |

## **AMENDED CHAPTER 13 PLAN- PRIOR TO CONFIRMATION**

The Debtors, Brett Douglas Walker and Kristy Ann Walker by and through undersigned counsel, Joris Robert Vanhemelrijck, hereby amends the Chapter 13 Plan, *Docket No.27*, as follows:

**2. SECURED CREDITORS:** (Refer to paragraph C)

| Creditor/Collateral | Est. Amount | Est. Value | Unsecured Portion | Mo. Pmt. or Method of Disb. | Insured (yes/no) Name of Insurance | Indicate if to be Sold or Returned | Interest Rate | Remarks |
|---|---|---|---|---|---|---|---|---|
| **M&T Bank HOMESTEAD: 3650 Cotoneastr, San Antonio, TX 78261** | 1,817.37 | 190,140.00 | 0.00 | Prorata | No - N/A | | 0.00 | **Mortgage Arrears - Pay balance at 0% interest** |

All other provisions of the Chapter 13 Plan remain unchanged and are incorporated herein by reference.

Date: <u>January 16, 2015</u>.　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　<u>/s/ Joris Robert Vanhemelrijck</u>
　　　　　　　　　　　　　　　　　　Joris Robert Vanhemelrijck (24056468)
　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　*VANHEMELRIJCK LAW OFFICES, PC*.
　　　　　　　　　　　　　　　　　　1100 N.W. Loop 410, Suite 215
　　　　　　　　　　　　　　　　　　San Antonio, TX 78213
　　　　　　　　　　　　　　　　　　Ph: (210) 804-1529
　　　　　　　　　　　　　　　　　　Fax: (866) 830-3521
　　　　　　　　　　　　　　　　　　jrv@vanlaws.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Amended Plan was served via ordinary mail and/or electronically upon the following interested parties on this day <u>January 16, 2015</u>.

/s/ Joris Robert Vanhemelrijck
Joris Robert Vanhemelrijck (24056468)
Attorney for Debtor
*VANHEMELRIJCK LAW OFFICES, PC*.
1100 N.W. Loop 410, Suite 215
San Antonio, TX 78213
Ph: (210) 804-1529
Fax: (866) 830-3521
jrv@vanlaws.com

Electronic Notice to:

**UNITED STATES TRUSTEE – SA12**
US TRUSTEE'S OFFICE
615 E HOUSTON, STE 533
PO BOX 1539
SAN ANTONIO, TX 78295-1539
(210) 472-4640
USTPRegion07.SN.ECF@usdoj.gov

**Trustee**
Mary K. Viegelahn
10500 Heritage Blvd., Ste. 201
San Antonio, TX 78216
(210) 824-1460
documents@sach13.com


Lance Justin Erickson
McCarthy Holthus & Ackerman, LLP
1255 W 15th St Suite 1060
Plano, TX 75075
(214) 291-3800
(214) 291-3801
anhsmdk@zuckergoldberg.com