**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 30, 2015.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In Re:                                                                Chapter 13
BRETT DOUGLAS WALKER & KRISTY ANN WALKER

Debtor(s)                                                  Case No. 14-51709 G

ORDER CONFIRMING THE DEBTOR'S CHAPTER 13 PLAN

    A hearing having been held pursuant to 11 U.S.C. §1324, no timely objection to confirmation having been filed, the Trustee having recommended confirmation;

**IT IS ORDERED THAT:**

    1.   The Plan as filed on January 16, 2015 is confirmed, except as to the following modifications:

    A.  Plan term is 60 months.

    2.   The Plan, as confirmed, may be extended to 60 months for cause shown if the applicable commitment period is 36 months.

    3.   Allowance of Attorney Fees: VANHEMELRIJCK LAW OFFICES LP has requested fees of $3,200.00 of which $0.00 was paid to Counsel prior to filing the petition. The balance of $3,200.00 shall be paid by the Trustee pursuant to the Plan.

###

Prepared By:
JESSICA L. HANZLIK (TSBN: 24055661)
STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE
MARY K. VIEGELAHN
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216
(210) 824-1460 fax:(210) 824-1328